IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE PARTY, and ROQUE ROCKY DE LA FUNETE, :<br><br>Plaintiffs, :<br><br>vs. :<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS, :<br><br>Defendant. : | Civil Action No 1:20-cv-02319-JEB<br><br>Certificate of Service |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 65.1, Plaintiffs, through their undersigned legal counsel of record, hereby certify that on this day, August 31, 2020, a true and correct copy of the Complaint, Civil Cover Sheet and Summons has been served by personal service upon Defendant District of Columbia Board of Elections at Defendant's place of business at the following address:

District of Columbia Board of Elections
1015 Half Street
Suite 750
Washington, D.C. 20003

                                                       Respectfully Submitted,

Dated:  August 31, 2020                 /s/ Thomas M. Dunlap
                                                      Thomas M. Dunlap (DC Bar No. 471319)
                                                      Benjamin S. Barlow (DC Bar No. 497795)
                                                      Dunlap Bennett & Ludwig PLLC
                                                      1717 Pennsylvania Ave NW
                                                      Suite 1025
                                                      Washington, DC 20007
                                                      Phone: (202) 316-8558
                                                      Fax: (855) 226-8791
                                                      tdunlap@dbllawyers.com
                                                      bbarlow@dbllawyers.com

                                                      Paul A. Rossi (*pro hac vice* forthcoming)
                                                      IMPG Advocates

316 Hill Street, Ste. 1020
Mountville, PA 17544
(717) 681-8344
Paul-Rossi@comcast.net

*Counsel for Plaintiffs*